

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CHRISTOPHER G. ARKO
*Senior Counsel*
Phone: (212) 356-5044
Fax: (212) 356-3509
carko@law.nyc.gov

January 6, 2020

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

       Re:  <u>Justin Aiello v. City of New York, et al.</u>, 19 Civ. 1723 (PKC)

Your Honor:

       I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for defendants City of New York, Correction Officer Edith Moran, and Correction Captain Melvin Barnaby in the above-referenced matter. The next conference in this matter is scheduled for March 27, 2020 at 10:30 a.m. I write to respectfully request that the March 27, 2020 conference be rescheduled because I will be out of the office that day. I have spoken to plaintiff's counsel and he consents to this request. The parties are available either April 1, 2, or 3, 2020. This is defendants' first request to adjourn this conference.

       I thank the Court for its consideration herein.

Respectfully submitted,

Christopher G. Arko
*Senior Counsel*

cc:   **BY ECF**
Jay Goldberg, Esq.
*Attorney for Plaintiff*

Conference Adjourned
From: *March 27, 2020*
To: *April 15, 2020 at 10:30 a.m.*
SO ORDERED.
P. KEVIN CASTEL, U.S.D.J.
Date: *1-6-20*