UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUSTIN AIELLO,

                  Plaintiff,

-against-                                19 **CIVIL** 1723 (PKC)

**JUDGMENT**

CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2020, Defendants' motion to dismiss for failure to prosecute is therefore granted; Judgment is entered for the defendants; accordingly, the case is closed.

**Dated:**  New York, New York
           September 29, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                      **Clerk of Court**
                                   **BY:**
                                                        **Deputy Clerk**